13 cv 8695

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Lyna woo_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Detective Vincent Gannon_
_Jeananne Martinez Louis._
_New York police Department._

Third
COMPLAINT
(3rd)

Jury Trial:  ☑ Yes   ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 1/31/2014

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  _Lyna   woo_
Street Address  _224Street,  64-21 Bayside._
County, City  _Queen,  Newyork_
State & Zip Code  _New york  NY_
Telephone Number  _347  490 – 6430_

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  _Jeananne Martinez Louis_
Street Address  _224St  6425 - Bayside Queens_
_Newyork NY. 11364_

Rev. 05/2010

County, City   Detective Vincent Gannon.

State & Zip Code   45-06  215 Street

Telephone Number   718 2795200

Defendant No. 2   Name   New York Police Department

Street Address   45-06 215 Street

County, City   Queens   New York

State & Zip Code   NY.   11418

Telephone Number   718 279 5200

Defendant No. 3   Name

Street Address

County, City

State & Zip Code

Telephone Number

Defendant No. 4   Name

Street Address

County, City

State & Zip Code

Telephone Number

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?   *(check all that apply)*

☑ Federal Questions              ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?   Falsely Arrested  Contitution Rights violated. Remeed Memoranda Right not told to me. Threatina by neiochbor. Jeanenne M.Louis. NYPD Did Not Follow Up with my Harrasment Stalking

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship   United State of America

Defendant(s) state(s) of citizenship   United State of America.
United State of America.

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

Rev. 05/2010

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? If reside the Same part-time place. where I live.

B.   What date and approximate time did the events giving rise to your claim(s) occur? Numerous compla The date November. 22, 2012 Jeznanne. Knock on my door disturbing our Thank Giving Complains about me. while I was cooking The police

C.   Facts:  My Boyfriend Jeffrey woo got her Arrested J Q 213 670563 for. we Threatting and throwing a chair. we Reported incident on November 24 2013 It happen. and Reported November. 22 2013 · Complaint number 3910 She was Arrested. on that complaint. I file other where she was yelling he my lover taunting me to go to her. but my Boy friend I ignore her 2nd file complaint with the Police On November 14 2014 · 03856. we file other complaint about her threating me Bring Bronx posse. witch is on the 3910 complaint. The police did not follow up on my complaint 03856 comp 3475

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I had to wait to see internal medicine doctor for major Cold I was treating my self. I had my mother suffering in why they did this. my family were very worried I suffered more of condition I told them I having procedure. going to Doctor Operation. was being schedue. I was put in In jail for false. for there. taying to hurt phe life with my boyfriend and not not hearing my mrienoranda Rights

**V.**     **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

for pain 2nd suffering they have put me through. in falsely arrested 2nd threating me Bronx POSSE 2nd not following Harrasment Complaint Nov 22 2013 I request for to pay for me unable to finish my career. 2nd to live a American Safe life.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of January, 20 14

Signature of Plaintiff    Syna leare

Mailing Address  23rd St 64-21 Bayside Queen New York City 11364

Telephone Number   646  490 6430

Fax Number (if you have one) _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

Not Prisoner.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of January, 20 14 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  Syna Woo

Inmate Number   _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007

SCANNED

DOC #  5

RECEIVED
DEC 12 2013
PRO SE OFFICE

Lyna Wou

Case # 13CIV8695(VA)

against

Dective Gonnz
NYPD
Jeananne Martinez Louis.

Document: Letters
Family order proctector
I try to get.

Q 213 672563 Arrested # Jeaninez Martinez Louis

My docket number.

2013 QN066745

Jeannieanne Martinez Louis
her arrest # Q 213 672563
was Arrested threw pick
up chair.
Change Dectives last minug
Dective Waston last
one put me cell C.
For seeing Judge I get
out Did not have to pay next to
0 balance was Let go. Dec. 3 2013
8:00pm

December 11, 2013

This letter is to testify that I witnessed Detectives Ganno and Peck showing up at my home

( 64-21B, 224th Street , Bayside , NY 11364) on Dec. 2 2013 at around 7:30 PM.; claiming that they had

an outstanding warrant dating back to 2007 for Lyna Woo.   When asked to show the warrant, Detective

Ganno, flashed a paper with Lyna Woo in a folder.   They told me that they were taking Lyna in for that

warrant.  I told Lyna to go with them.

Initially we called the Detectives to come over our home to discuss the menacing and

constant harassing ,instigating as well as the threat made by her "Bronx Posse" and the attempt to hit

me with a hair out in the court yard where other neighbors had witnessed,  done by our neighbor,

Janine Martinez Louis (64-25A, 224th Street, Bayside, NY 11364), instead the table was turned on us.

Since then, we had gone to every Courts houses in every borough to check to see if there was an

outstanding warrant on Lyna Woo.   All turned out negative.  It seems like there was a false arrest

warrant to arrest and false allege charges were put on Lyna.   Last year, we did report to CCRB against

111 precincts at Bayside for bias, where both Detectives are stationed at now.

Thank You,

Jeff Woo

CATHERINE TORRES
Notary Public, State of New York
No. 01TO6188441
Qualified in Nassau County
Commission Expires June 9, 2016

Before Me Jeff Woo
Appeared on the 12th
day of December 2013

12/12/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,
------------------------------------------------------------X
LYNA WOO,                                     :

                                  Plaintiff,     :

            -against-                          :

NYPD DETECTIVE VINCINT GONNA;       :
JEANETTE MARTINEZ LOUIS,               :

                                Defendants.    :
------------------------------------------------------------X

**ORDER TO AMEND**

13 Civ. 8695 (LAP)

LORETTA A. PRESKA, Chief United States District Judge:

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this complaint alleging false

arrest and harassment. For the following reasons, Plaintiff is directed to amend her complaint.

## STANDARD OF REVIEW

The Court has the authority to screen *sua sponte* an IFP complaint at any time and must

dismiss the complaint, or portion thereof, that is frivolous or malicious, fails to state a claim

upon which relief may be granted, or seeks monetary relief from a defendant who is immune

from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141

F.3d 434, 437 (2d Cir. 1998). While the law mandates dismissal on any of these grounds, district

courts "remain obligated to construe a *pro se* complaint liberally." *Harris v. Mills*, 572 F.3d 66,

72 (2d Cir. 2009). Thus, *pro se* complaints should be read with "special solicitude" and should

be interpreted to raise the "strongest [claims] that they suggest." *Triestman v. Fed. Bureau of*

*Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and citations omitted).

## BACKGROUND

The complaint, written in broken English, is difficult to decipher. It arises out of a

longstanding dispute between Plaintiff, her ex-husband/boyfriend Jeff Woo ("Woo"), and a

neighbor of Woo's, Jeanette Martinez.[1] Woo resides in Bayside, Queens, and Plaintiff resides

---

[1] According to a written statement from Woo that is attached to the complaint, he and
Plaintiff were divorced but have "rekindled" their relationship. Woo refers to the neighbor as
Janine Martinez; the Court will refer to her as "Martinez."

with him "part-time." It is not clear where Plaintiff resides the rest of the time.[2] Both Plaintiff and Woo recount numerous instances when Martinez harassed them and threatened to harm them physically or have other individuals harm them. Plaintiff and Woo have filed criminal complaints against Martinez, and vice versa.

It appears that a warrant was issued against Plaintiff in 2007 arising out of a complaint that Martinez filed against her; Plaintiff may be claiming that the 2007 warrant was disposed of in some manner. After a series of confrontations between Plaintiff, Woo, and Martinez in November 2013, it may be that Plaintiff was arrested on the 2007 warrant and detained for twenty-seven hours. Named as Defendants are Detective Vincint Gonna and Martinez. Since filing this complaint, Plaintiff has submitted to the court additional documents and a letter with an affidavit attached.

## DISCUSSION

A. *False Arrest Claim*

The Court construes the complaint to allege, under 42 U.S.C. § 1983, that the detective violated Plaintiff's constitutional rights by falsely arresting her. To state a § 1983 claim, Plaintiff must allege that (1) a right secured by the Constitution or laws of the United States was violated, and (2) the right was violated by a person acting under the color of state law. *West v. Atkins*, 487 U.S. 42, 48 (1988).

The complaint does not clearly set forth what occurred. Rule 8 of the Federal Rules of Civil Procedure requires plaintiffs to make "a short and plain statement of the claim showing that the pleader is entitled to relief." The Supreme Court has held that this rule requires a plaintiff to provide some details about what each defendant did or failed to do. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (citing *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007)). It is not enough for a complaint to state that the defendant unlawfully harmed the plaintiff. *Id.* (citing *Twombly*,

---

[2] In her amended complaint, Plaintiff must provide a mailing address in her amended complaint. *See* Fed. R. Civ. P. 11(a).

2

550 U.S. at 555). A complaint must include "factual enhancement" of the plaintiff's legal claims; in other words, a complaint must include some background information about how the defendant harmed the plaintiff. *Id.* (citing *Twombly*, 550 U.S. at 557). To state a claim for relief, a complaint must contain enough background facts to allow the Court to reasonably infer that each defendant is liable to the plaintiff. *Id.* (citing *Twombly*, 550 U.S. at 556).

Plaintiff's complaint does not comply with this standard because she does not clearly explain what occurred. Plaintiff asserts that she was falsely arrested, but it is not completely clear what Plaintiff is saying about the 2007 warrant.[3] In addition, as a prerequisite to an award of damages under § 1983, a plaintiff must allege the personal involvement of the defendants in an alleged constitutional deprivation. *Farrell v. Burke*, 449 F.3d 470, 484 (2d Cir. 2006). Plaintiff does not explain how Detective Gonna was personally involved in violating her constitutional rights.[4]

### B. *Harassment Claim*

Plaintiff's complaint may be construed as alleging a state law harassment claim against Martinez. Because it is unclear at this stage whether Plaintiff can state a viable federal claim, the Court will reserve judgment on whether to exercise its supplemental jurisdiction over any state law claims. *See generally* 28 U.S.C. § 1367 (2006); *Valencia ex rel. Franco v. Lee*, 316 F.3d 299, 305 (2d Cir. 2003) (holding that district court's exercise of supplemental jurisdiction over state-law claims after it had dismissed all federal claims was abuse of discretion).

---

[3] To state a false arrest claim under New York law, a plaintiff must allege that the defendant "intentionally confined [her] without his consent and without justification." *Wevant v. Okst*, 101 F.3d 845, 852 (2d Cir. 1996). "The existence of probable cause to arrest constitutes justification and 'is a complete defense to an action for false arrest.' *Bernard v. United States*, 25 F.3d 98, 102 (2d Cir. 1994).

[4] Plaintiff should refrain from filing document piecemeal. At this stage, Plaintiff is not required to prove the truth of her allegations; she need only provide a clear recitation of what occurred and what relief she seeks.

## LEAVE TO AMEND

The Plaintiff is granted leave to amend her complaint consistent with this order. For each of the Plaintiff's claims, the amended complaint should explain the following to the best of the Plaintiff's knowledge:

(a) the names and titles of all relevant persons;

(b) the date, time and location of each event;

(c) what each defendant did or failed to do;

(d) how each defendant's acts or failures to act harmed the Plaintiff;

(e) the law or constitutional right that is the basis for the Plaintiff's claims;

(f) any other facts that support the Plaintiff's claims; and

(g) relief the Plaintiff seeks from the Court.

The amended complaint will completely replace the original complaint. For that reason, the amended complaint should contain all the information necessary to make a short, plain statement explaining why the Plaintiff is entitled to relief against each defendant.

## CONCLUSION

The Court directs the Clerk of Court to assign this matter to my docket, mail a copy of this order to Plaintiff, and to note service on the docket. Plaintiff is directed to file an amended complaint containing the information specified above. The amended complaint must be submitted to this Court's *Pro Se* Office within sixty days of the date of this order, be captioned as an **"AMENDED COMPLAINT,"** and bear the same docket number as this order. An Amended Complaint form, which Plaintiff should complete as specified above, is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim on which relief can be granted.

4

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

*Loretta A Preska*

LORETTA A. PRESKA
Chief United States District Judge

Dated:  January 2, 2014
New York, New York

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Lynz WOO_

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_Jean.2nne Martinez Lewis_
_Detective Vincent Gannon._
_NewYorkCity Police Department_

_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

_13_ Civ. _8695 (UA)_
_2nd_

**AMENDED
COMPLAINT**

Jury Trial: ☒ Yes    ☐ No

*(check one)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _1/15/2014_

1.      **Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your
        identification number and the name and address of your current place of confinement.  Do the same
        for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff       Name            _Lynz WOO_
                Street Address  _164-21 Bayside r_
                County, City    _Queen NY_
                State & Zip Code _NY  11364._
                Telephone Number _347  490   643C._

B.      List all defendants.  You should state the full name of the defendant, even if that defendant is a
        government agency, an organization, a corporation, or an individual.  Include the address where
        each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
        contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                                    1

**Defendant No. 1**
Name _Detective Vincent Gannon_
Street Address _____
County, City _____
State & Zip Code _New York N.Y. 1_
Telephone Number _____

**Defendant No. 2**
Name _New York City Police Department_
Street Address _45-06 215 Street_
County, City _Bayside Queen NY_
State & Zip Code _New York City_
Telephone Number _(212) 279-5200_

**Defendant No. 3**
Name _Jeanenne Martinez Louis_
Street Address _64-25 224 Street_
County, City _Queen New York_
State & Zip Code _New York  11364_
Telephone Number _____

**Defendant No. 4**
Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Questions            ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Falsely Arrested._
_Threatens by the neighbor BronxPosse_
_Failed to Detective Failed_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
_Gannon my Pursue my_
Plaintiff(s) state(s) of citizenship _USA_
Defendant(s) state(s) of citizenship _USA_  _complaint_
_United State of America._

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?   As Notarized.
Documents attacht to my Statement Claim? Also.
③ Documents happen, USA. 164-31-124st Bayside Queens NY.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

11364  The date November 22 2013 She and Jeananne
the police. Knock at my door. disturbing us thanks
Giving, romantic thanks giving the spoke and left.

Facts  I was Harrassed and call the Police
ruined and Affended. I call the Police. I call
twice finally, one police officer Wu. said he
would put disturbing. Harrassing, and didnt
put m complaint. I went the next day to
the precident they said they do not follow up
with Harrasment III President. On November
14 2013  I made a complaint for her
Stabbing out (Heimy lover). Jeananne. my
boyfriend said, She is Taunting you. Let
hurry up and park car She follow
try intimate us. I file complaint.
at 02856 November 24 2013 then St Jeananne
Pickup Chair Attemped ASSAULt to
hit my boyfriend. November 24 2013 We etc

| What<br>happened<br>to you? |
| Who did<br>what? |
| Was anyone<br>else<br>involved? |
| Who else<br>saw what<br>happened? |

Complaint 3910
She Was
Arrested.
Jeanar
ne
Martin
Louis's

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   I suffer, a severe
experience in being a false accused
embarrassed to my family. and friends
my love ones my mother could not believe
what is happen crying suffering World. I got
a cold  while in there took my black
blazer. Detective Gannan kept asking me Question
without Attorney present more next page
2nd page

(c) page

Injuries. Attorney was not present
I wanted to make 2 call to
my family he refused. I did not
sleep at all after this I had
horrible Niatmares. I'm concentrating
on my career and put on hold.
I'm disscuted by there Rude
Comments. Saying how much money I
have what my Social Security. I watch
my back with Jeannanne threats
Bronx PossE coming after US The
Police are not doing there Job in
Protecting me. Complaint (11/22/2012
3475

the Other November 11/14/2013. (03856.)
Nothing was done.
on My Complaints, NewYork Police
department Failed.

Detective Failed to reelease me
or I was not put for Warrant NOT
ExisT. Summons. Disorderly Conduct
Dismissed. 2007 SB 00226. December 15,
2009. Longtime ago!! The Judge Goriz said.

Injures (4)

On the background Jeannne
did not file until that night.
No vice a versa. No one contact
me with her Complaint I
lived there. 2012 whole year.
No Detective contact me. for
her Complaints. She did not
martinez Lous did not file
Warrant against me. It
was Summons Tickect
2007. SB002261. for Disorderly
Conduct Dismissed December
15 2009. What Detective
Gannon. told me Lyna Woo
and Jeffrey woo bayfriend.
that page was Background
written Wrong. You Request
7 question to explain. a - g.

(F) I support Disposition Dismissed
long time ago December. 15 2009.
which Detective Gannon. lied.

Insuries 5. Jeananne
with her threats to JeffreyWoo
has witness and She Attemp
Assault to pick up a
Chair. Yelling He my
lover Not stop Harrassment
on me.
                                    Injured.

                worried me.
my life has been Harrass
by Not stopping this Taunting
me Stalking me in giving
me Peace of mind. I did not
Harras her stalk her or anyway
Warm or threat her and her children
I never had Conversation with
her EVER. She has follow US
and look at me Dirty look and
yell at me the she his Lover first
time I heard her voice.

③ Injures ②③ Certificate. I Have gone through 21 of
horrible eposide, and keep on with Lies. No Warrant
to attend to take care of Ticket
I have court day. I went after I
left the night. December 3, 2013. to
go to Red Hook vistation Place Court.
and they said you not on any sheet
you Donot have Court day. I went
Cberk and recieve Certificate of
Dispositain Again. State Dismissed
December 15, 2009, Why are you
here with your mother it been
dismissed Along time ago. My
⟨Witness⟩ My Boy Friend
Jeffrey Woo and He wrote
His version of the Story.
347 924 1364   Jeffrey Woo
64-21 B 224st Bay side Queen
NY 11364. Wrote Notoray Letters

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are
seeking, and the basis for such compensation. Total amonut 100.000
is seeking because I have suffer
to much aggravation accused falsely
put in like Im a criminal and not
I had my mother seeins me
goins threw this for lies and
I being In Cruelty In Human Lied.
Threating by Jeananne and Bully
to break it's up. Effecting to be
nervous and Afraid. I had to go to
had a cold I made My Appointment Internal
medicing doctor. My career and Record.
PHotos and Prints I Destroyed False
charges.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of January, 20 14.

StarBlazer.10.ayahoo.
com.
To contact me
only.

Signature of Plaintiff   Syna Woo

Mailing Address   64-21-  Bayside

Clausen NY  11364.

Telephone Number   347  490  6430

Fax Number (if you have one) _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners
must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number   _____

*Rev. 12/2009*                                    4

## Criminal Court of The City of New York

Docket Number **2013QN066745**

**Bring this notice with you whenever you appear in court**

You are to appear in court on 1-31-14 at 9:30 A.M. at Part M5 located at 125-01 Queens Boulevard, Kew Gardens, N.Y. 11415.

If you are released and you fail to appear at the time, date, and place indicated above:
-A Warrant for your Arrest will be issued and bail may be set in your return.

If you are released on bail and you fail to appear:
-A Warrant for your Arrest will be issued
-Your Bail will be forfeited
-You may be charged with the crime of Bail Jumping.

If you are convicted:
-You have the right to communicate with relatives or friends by letter or telephone free of charge
-You have the right to the aid of counsel at every stage of the proceedings.

You must pay a fine of $ _____ . If you are unable to pay this fine on the above date, you must appear in person and you will be permitted to make an application for additional time to pay.
IF YOU DO NOT APPEAR AS DIRECTED A WARRANT FOR YOUR ARREST MAY BE ISSUED

INS. FUND _____

CASH BAIL _____

2007SB002261

Brooklyn

APAR. 6

12-4-13

# CRIMINAL COURT OF THE CITY OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK,

against

LYNA WOO , Defendant

## NOTICE OF APPEARANCE

County of Queens  Part _____

Docket Number/Year 2013QN 066745

☐ Interpreter Required _____
Language

To the Clerk of the Court:

You are hereby notified that I represent the defendant in the above-entitled action. Ms. Arogyaswamy

| | |
|---|---|
| **ATTORNEY** | Steven Banks |
| | Print Attorney's Name |
| Address | 120-46 Queens Boulevard |
| | Kew Gardens, New York 11415 |
| Telephone | 718-286-2000 |
| | Area Code - Number |

By _Arogyaswamy_
Signature

☐ Legal Aid (Assigned)

_12/3/13_
Dated: City of New York

CRD 3014 (03/05) (CRC 260)

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

Q13672543

THE PEOPLE OF THE STATE OF NEW YORK

V.

LYNA WOO (43Y)

DEFENDANT

STATE OF NEW YORK
COUNTY OF QUEENS



20130N066745

DETECTIVE VINCENT GANNON OF QNS DET AREA 111, TAX REG#: 925555, BEING DULY SWORN, DEPOSES AND SAYS THAT BETWEEN OCTOBER 17 2013 8:00AM AND NOVEMBER 24 2013 7:45PM, IN FRONT OF 64-25 224 STREET, COUNTY OF QUEENS, STATE OF NEW YORK, THE DEFENDANT COMMITTED THE OFFENSES OF:

PL 120.15H [AM] MENACING IN THE THIRD DEGREE, AS A HATE CRIME – (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 120.45-1H [AM] STALKING IN THE FOURTH DEGREE, AS A HATE CRIME – (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 240.25 H [AM] HARASSMENT IN THE FIRST DEGREE, AS A HATE CRIME – (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 120.15 [BM] MENACING – (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 120.45-1 [BM] STALKING 4TH DEGREE – (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 240.25(BM) [BM] HARASSMENT FIRST DEGREE – (DNA SAMPLE REQUIRED UPON CONVICTION)
PL 240.26-1 [V] HARASSMENT IN THE SECOND DEGREE

PL 120.15H [AM] MENACING IN THE THIRD DEGREE, AS A HATE CRIME – (DNA SAMPLE REQUIRED UPON CONVICTION)
    --- BY PHYSICAL MENACE, THE DEFENDANT DID INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR PHYSICAL INJURY AND (A) INTENTIONALLY SELECTED THE PERSON AGAINST WHOM THE OFFENSE IS COMMITTED OR INTENDED TO BE COMMITTED IN WHOLE OR IN SUBSTANTIAL PART BECAUSE OF A BELIEF OR PERCEPTION REGARDING THE RACE, COLOR, NATIONAL ORIGIN, ANCESTRY, GENDER, RELIGION, RELIGIOUS PRACTICE, AGE, DISABILITY OR SEXUAL ORIENTATION OF A PERSON, REGARDLESS OF WHETHER THE BELIEF OR PERCEPTION IS CORRECT OR (B) INTENTIONALLY COMMITTED THE ACT OR ACTS CONSTITUTING THE OFFENSE IN WHOLE OR IN SUBSTANTIAL PART BECAUSE OF A BELIEF OR PERCEPTION REGARDING THE RACE, COLOR, NATIONAL ORIGIN, ANCESTRY, GENDER, RELIGION, RELIGIOUS PRACTICE, AGE, DISABILITY OR SEXUAL ORIENTATION OF A PERSON, REGARDLESS OF WHETHER THE BELIEF OR PERCEPTION IS CORRECT;

WOO,LYNA  Q13672543

SAFETY OR PROPERTY OF SUCH PERSON, A MEMBER OF SUCH PERSON'S
IMMEDIATE FAMILY OR A THIRD PARTY WITH WHOM SUCH PERSON IS
ACQUAINTED;

PL 240.25(BM) [BM] HARASSMENT FIRST DEGREE - (DNA SAMPLE REQUIRED UPON
CONVICTION)
--- INTENTIONALLY AND REPEATEDLY HARASSED ANOTHER PERSON BY
FOLLOWING SUCH PERSON IN OR ABOUT A PUBLIC PLACE OR PLACES OR BY
ENGAGING IN A COURSE OF CONDUCT OR REPEATEDLY COMMITTING ACTS
WHICH PLACES SUCH PERSON IN REASONABLE FEAR OF PHYSICAL INJURY.;

PL 240.26-1 [V] HARASSMENT IN THE SECOND DEGREE
--- WITH THE INTENT TO HARASS,ANNOY,OR ALARM ANOTHER PERSON, THE
DEFENDANT(S) DID STRIKE,SHOVE,KICK,OR SUBJECTED ANOTHER PERSON TO
PHYSICAL CONTACT,OR ATTEMPTED OR THREATENED TO DO THE SAME.


THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY THE COMPLAINANT, JENEANNE
MARTINEZ-LOUIS, THAT ON OCTOBER 17TH, 2013, IN FRONT OF 64-25 224TH
STREET, COUNTY OF QUEENS, THE DEFENDANT, LYNA WOO, BEGAN TO VIDEO TAPE
HER AND HER TWO CHILDREN WHILE STATING IN SUM AND SUBSTANCE YOU PUERTO
RICAN BITCH.

DEPONENT FURTHER STATES THAT HE IS FURTHER INFORMED BY THE
COMPLAINANT, THAT ON OCTOBER 23RD, 2013, IN FRONT OF 64-25 224TH STREET,
COUNTY OF QUEENS, THE DEFENDANT, LYNA WOO, AGAIN BEGAN TO VIDEO TAPE HER
AND HER TWO CHILDREN WHILE STATING IN SUM AND SUBSTANCE YOU PUERTO RICAN
BITCH.

DEPONENT FURTHER STATES THAT HE IS FURTHER INFORMED BY THE
COMPLAINANT, THAT ON NOVEMBER 22ND, 2013, IN FRONT OF 64-25 224TH
STREET, COUNTY OF QUEENS, THE DEFENDANT, LYNA WOO, BEGAN TO BANG ON
THE SECOND FLOOR WINDOW OF THE COMPLAINANT'S NEIGHBORS HOUSE WHILE
STATING IN SUM AND SUBSTANCE YOU IMMIGRANT, YOU PUERTO RICAN BITCH,
AND THAT THE DEFENDANT THEN CAME OUTSIDE AND SPIT ON THE COMPLAINANT.

DEPONENT FURTHER STATES THAT HE IS FURTHER INFORMED BY THE
COMPLAINANT, THAT ON NOVEMBER 24TH, 2013, IN FRONT OF 64-25 224TH
STREET, COUNTY OF QUEENS, THE DEFENDANT, LYNA WOO, BEGAN TO YELL AT HER
FROM THE SECOND FLOOR WINDOW OF HER NEIGHBOR'S HOUSE WHILE STAING IN SUM
AND SUBSTANCE YOU'RE A STALKER.

DEPONENT FURTHER STATES THAT HE IS FURTHER INFORMED BY THE COMPLAINAT,
THAT ON NOVEMBER 24TH, 2013, IN FRONT OF 64-25 224TH STREET, COUNTY OF
QUEENS, THE DEFENDANT, LYNA WOO, BEGAN TO VIDEO TAPE HER DAUGHTER WHO
WAS SITTING ON THE FRONT STOOP, WHILE STATING IN SUM AND SUBSTANCE YOU
FUCKING PUERTO RICAN BRAT.

DEPONENT FURTHER STATES THAT HE IS FURTHER INFORMED BY THE
COMPLAINANT, THAT THE ABOVE-DESCRIBED ACTIONS CAUSED HER TO SUFFER
ANNOYANCE AND ALARM AND TO FEAR PHYSICAL INJURY.

12/03/2013   12:31PM (GMT-05:00)

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

12/3/13   Det _____   307
_____   _____
DATE        SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

_____   _____
DATE        SIGNATURE

12/03/2013   12:31PM (GMT-05:00)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER:  464284

THE PEOPLE OF THE STATE OF NEW   YORK
                    VS

WOO, LYNA
Defendant

05/04/1970
Date of Birth

241 E 46 ST
Address

NYSID Number

NEW YORK            NY  10017
City            State  Zip

Date of Arrest/Issue

Docket Number: 2007SB002261

Summons No:  4152074711

240.20
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 12/15/2009 | DISMISSED | MELLA,R | OTH COUNTY |

SE CERTIFICATION

GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

GREGG,J
COURT OFFICIAL SIGNATURE AND SEAL

12/04/2013
DATE            FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
      SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

(1)

Nov. 25 / 2013
Time : 1 : 29 pm

I want to make a strong complaint regarding my neighbor (14-25A). I believed her name is Janine. She had been threatening me lately and making posture of attacking me and my girl friend.

This all started last year when I moved in not so long ago. My girl friend and I was celebrating thanks giving and. For some reason she has issued with me being with girl friend. Verbal argument ensued. Since I wanted to defuse the issue I apologized to her .. Apparantly, she thinks I was some weakly or punk, which she called me that last night. Anyway, whenever I brought my girl friend, she tried to restrict our movement or "put a check" on us. She would have her door open to instigate a fight or pretext to walk her dog to start a confrontation.



I tried to defuse it by constantly apologizing, and even bough candy for her children to calm the situation down. Of course, this doesn't prevent her from continuing. About 2 and half weeks away, when my girlfriend I pull up infront of our apartment to look for parking, she was there talking to someone and started a fight with my girlfriend again. When my girlfriend hollered "Let's go lover", she intercepted the conversation and claimed that "I was her lover".

— The next morning, when we went to get our car, there was a scratch on my car'door. It was vandalized.

Just last we she brought her posee from the Bronx to threaten me. A Big Puerto Rican Man and a lady who claimed to be her sister, that was last saturday. Then on last sunday, she brought her black man, whom she had two k,ds with, to come and threaten me too. I politely



aptorized or avoid confrontation. ~~this~~

Now, last night when I drove ~~upto~~ infront of my apt., she was there and her door wide open. The minute she saw, my girl friend and myself, she went into a frenzy. she was all ghetto, using her hand gestures and calling me "punk and chink" and how she told me not to bring my girl. I told her that, she was nobody to me. she don't own the building or pay my rent, how dare she restrict or check on me! Who I see or eat with, it's my business she told me that she was going to "fuck me" up, she said I was not still scared, huh." She was going to bring her possee back. I told her bring it on. so, she ran to a metal chair that was in front of the door step and picked it up and tried to hit me. I told her that I was going have her arrested.



she paused and stormed back to her apartment. ~~appeally~~ Appearantly she realized what she did, so she tried to cover her track by calling the cops. The cops came and never even rang my door bell. The cops appearantly must told her that she doesn't have any rights to restrict or check on other people. First ~~of~~ of all, I m not her mom, she doesnot own me. Beside, she screamed so loud that all the neighbors heard her and In fact, one neighbor came out and saw her crazy reactions.

Any way my complaint is, I need to document this, I don't want my house to be robbed by these low life. My cat had been vandalized already. Thanksgiving is coming, she had said and promise she will bring her possee. As a management of this premises, you have an obligation of

⑤

I will be going to the Police late
this afternoon to file a harassment & complaint
after work. However, I need this
to clearly document that anything happens
to my family or loved or or myself or
my property. This crazy woman is
the person who is involved and incharged.
She is stalking me and completely
obsessed with me one nothing.

Again, I reiterate, this housing Management
has an obligation to protect the
well being of its tenants. I have a
psycho and a ghetto thugs living
next to me.

Thank you

Jefferson

64-21 224th St.

Case 1:13-cv-08695-AJN-GWG   Document 16   Filed 01/31/14   Page 32 of 50
Case 1:13-cv-08695-UA   Document 6   Filed 12/13/13   Page 2 of 2
Case 1:13-cv-08695-LAP   Document 10   Filed 01/15/14   Page 21 of 58

December 11, 2013

This letter is to confirm that I, Jeff Woo, bared witness to the fact that Lyna Woo never spat at Janine Martinez Louis, on November 22, 2012 or at any time.   Lyna was inside my house, we were cooking Turkey together.   It was a Thanksgiving weekends.   Whatever, Ms. Louis claimed is an outright lie and defamation of character.

Thank You

Jeff Woo

Before me Jeff Woo appeared on the 12th day of December 2013

CATHERINE TORRES
Notary Public, State of New York
No. 01TO6188441
Qualified in Nassau County
Commission Expires June 9, 2016

12/12/13

December 09,2013

To whom it may concern;

I am formally writing to request a transfer due to multiple incidents that happened with my neighbor, Janine Martinez (64-25 Apt# A 224th Street). All the incidents are well documented on the writing I had previously presented to Building Management. Anyway, on December 2, Janine was arrested after I reported to the Police for attempting to hit me with a chair and to bar my family member from coming to my own home. An order of protection was also issued. She cannot come near me.

Due to these incidents, I do not feel safe around my own home. Even though she had tone down, because of the Court order, I know that she is vindictive and will bring back her "Bronx Posse" when the weather warm up again during spring and summer of 2014. During that time, it is harder to avoid contact when everyone tends to be outside to enjoy the weather. In addition, I am also uneasy about my home possibly getting rob because there are times, I have to go on business trip for several days. I also come home late on most days. Janine knew my schedule very well. She had been observing me for well over a year. The reason this might possibly occur is that, after one of my altercation with Janine, the next day my car was vandalized. It was obvious that she did it, but without evidence I cannot accuse her. To take proactive measure, I need to move or transfers to get out of this "Soap opera" nightmare of getting rob or being a victim of her "Posse" attacks.

As a Building Management (Mid Queens LP) the responsibilities of the safety of the tenants fall upon you. I hope you can understand my situation.

Thank you for corporations;

Jeff Woo (64-21 B 224th Street, Bayside, NY 11364)

December 11, 2013

This letter is to testify that I witnessed Detectives Ganno and Peck showing up at my home

( 64-21B, 224th Street , Bayside , NY 11364) on Dec. 2 2013 at around 7:30 PM.; claiming that they had

an outstanding warrant dating back to 2007 for Lyna Woo.  When asked to show the warrant, Detective

Ganno, flashed a paper with Lyna Woo in a folder.  They told me that they were taking Lyna in for that

warrant.  I told Lyna to go with them.

Initially we called the Detectives to come over our home to discuss the menacing and

constant harassing ,instigating as well as the threat made by her "Bronx Posse" and the attempt to hit

me with a hair out in the court yard where other neighbors had witnessed,  done by our neighbor,

Janine Martinez Louis (64-25A, 224th Street, Bayside, NY 11364), instead the table was turned on us.

Since then, we had gone to every Courts houses in every borough to check to see if there was an

outstanding warrant on Lyna Woo.  All turned out negative.  It seems like there was a false arrest

warrant to arrest and false allege charges were put on Lyna.  Last year, we did report to CCRB against

111 precincts at Bayside for bias, where both Detectives are stationed at now.

Thank You,

Jeff Woo

CATHERINE TORRES
Notary Public, State of New York
No. 01TO6188441
Qualified in Nassau County
Commission Expires June 9, 2016

Before me Jeff Woo
appeares on the 12th
day of December 2013

12/12/13

December 04, 2013

To whom it may concern:

This letter is to confirm that Lyna Woo resides along with me (Jeff Woo) part- time at 64-21 224th Street, Bayside, NY 11364, the current lease holder. Miss Janine Martinez, the next door neighbor was the real instigator and trouble maker who menaced and stalked, Lyna Woo my ex-wife, whom I am rekindling the relationship right now.  I have documented all these incidents that Miss Martinez instigated and threaten myself and Lyna.   On Nov. 14, 2013, at around 7pm we pulled l our car over the street next to our house, Lyna waited inside the car so I can put away the grocery first before we looked for parking. During that time Miss Martinez was talking the next door neighbor on the platform. The minute she saw us, she started interrupting and intercepting our conversation.  When Lyna said "let's go lover", Janine purposely trying to instigate a fight by shouting "He is my lover", referring to me (this can be verified if you interviewed the neighbor, who is also her friend. That is if the neighbor willing to tell the truth). To defuse this, I quickly hopped on the car and drove off.  On that weekend (Nov. 16 and Nov. 17), Janine brought her so called "Bronx Posse" to threaten to Lyna and myself. Lyna was not present at my house. On Saturday, she brought her sister and big Spanish man, telling me what to do if I don't comply with their wish of not letting Lyna comes to my house.  Otherwise, they were going to "fuck us up". Then on Sunday, a big black man came to me threaten to do the same thing.  That moment I felt my life and Lyna may be in danger.  I called Lyna and told her to not to come on this following Thursday, Nov. 21, 2013 instead only to come on Sunday, Nov.24 2013, hoping defused and let the situation calm.  Lyna normally comes to my house on Thursday's and Sunday's night.  Knowing our schedule, Janine had her front door opened with only the stormed door closed.  She must had been observing and stalking us for quite some times.    That night on Sunday, Nov. 24, when I drove up in front of my house with Lyna sitting in the car, like the usual, while I brought up the grocery, Miss Martinez stormed out of her house threating us and calling me racial named like "chink and punk".  Her exact words were, "you still not scared right you fucking chink, you just a punk do you want to me to bring my Bronx posse back over the Thanks Giving holiday".  I replied it back with "you did not pay my rent; I can bring whoever I want. Even the landlord or the President of United States cannot tell me what to do".  At that moment, she went into a rage and frenzy and ran to the neighbor's lounge metal chair and started swinging at me.  I warmed her if you hit me I was going to have her arrested. Afterward, she dropped the chair and ran back to her house.  After a while, we though it was "ok" to go back home, so Lyna and I went home. About 45 minutes, apparently, Janine had called the cops to reverse the table by placing the fault on us. The cops never rang our door bell and then they left her place about 20 minutes later. I sat at the window watching them leave.

Lyna and I realized that night, that we needed to make a report with the police and I needed to document this with the Landlord.  So I went to the Landlord or Building management on Monday, 25 2013. I wrote brief details hand written documents of the incident and filed it with building

management just in case our live were in danger or my house may get rob by her posse.  I am attaching the copy of the document I wrote to the Landlord or Building Management.  On that same evening I went to the police station and reported this incident. You can check complaint. The complaint # is 3910.   The next day I received a called from Det. Gano and Heffean , explaining that they would come to my home to listen to our complaint. The next thing I knew, a trump up charge of harassment was charged against Lyna and an arrest warrant that cleared a long time ago ( Lyna will show you all the documents and explain that to you), while Janine, the person who threaten myself and Lyna with her posse and menacing with a chair to hurt us just got a desk apparent.  Janine's threat and swinging of the chair to hit me to me seemed more of a serious crime or felony that the so called trumped up harassment charged they are charging Lyna.

My guess is that the Detective or the 111 precinct was bias against Lyna.   This all goes back to during past year Thanks Giving.   An argument broke out between Janine and us.  Police was called in and the Police was siding with Janine.  As a result of that Lyna tried to called in a captain of the Police Dept. Following that we filed a complaint against the Dept with CCRB .  In reality this should had been gone away, if Janine had stopped instigating and threatening Lyna. To defuse the situation, I even bought her children candies and toys.  Apparently, Janine saw that as an opportunity to get Lyna in trouble as well as to break us up.  Why would she shouted and claimed I was her "lover" when I hardly knew her or give a damn about her.  She also wanted to ban Lyna from coming to my apartment.  That how this whole incident happened as I had described in the above statements.

As stated above, as for the arrest warrant, Lyna will show you all the necessary documents she had gathered that this incident was taken care of long time ago.  She went to several County Court houses to get the documents.  All the records indicated it was cleared.  The clerks in these Count House even commented that this Detective may have manipulated the warrant to just to punish Lyna.

I can be reached at 347-924-1368 if you need to interview me or ask questions.    You can also contact Building Manager: Mid Queens LP, 224-30 64th Ave Oakland Gardens, NY 11363.  (718) 631-2800.

Sincerely Yours,

Jeff Woo

December 4, 2013

12·4·2013

PD 301-164   ...INFORMATION SLIP

Date: 11/23/12

Welcome to 111ch PRECINCT       45-06 215 STREET, BAYSIDE, NY11361     (718) 279-5200
        (Command)                    (Address)                          (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s)

Complaint Report No. ...                    Accident Report No.**                    Aided Report No. ...

Reported to  PO   WU
        (Rank)   (Name)          (Shield No.)      Date of Occurrence: 11/22/12   Time:

Location of Occurrence:                    ...  224st

Crime:       Harassment

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at Telephone number ...                        Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we ... with a crime prevention survey of your residence or business.

Please ask for more information on this and other ... Our goal is to make you and your ...

**THERE IS A ...($10.00 fee) (check money order) for a copy of an accident
report.       ... — PROFESSIONALISM — RESPECT
CHECK/MONEY ORDER PAYABLE TO NYPD.
REMEMBER: CALL 911 FOR EMERGENCIES ONLY!!!

part 5 Marenica
718 286 6781         2012      -1110 - 3745
                                            11/24/12
                     212 826-3211

                     3475

+ PAO STEWART        Date: 11/2/12   Time: 1330
                     64-21 224 st.

64 21 8296  2097   Harassment
                   718 - 279 - 5200 - 111 PCT

DeSantos  Old Lady   212 741 8401
Female Harassment    Internal
Lambretta Harassment  Affairs
        at 64

17th President L

NCIDENT INFORMATION SLIP
D 301-164 (Rev. 98)-Pent (RMU)

374511 Street

PICKUP MON - FRI
$10 BLANK MONEY ORDER

Date: 11/25/13

306 West 54th Street, NY, NY 10019      (212) 767-8400
(Address)                                (Telephone)

own Precinct No./e Precinct          17th President
(Command)        (113745)

siness with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

No.: 03856      Accident Report No.: _____      Aided Report No.: _____

s Rich          Date of Occurrence: 11/14/13   Time: 1930
(Name)

rence: 62-21 224 St, Bayside, NY

rassment

lip should you have to refer to this matter in the future. If you need further assistance feel free to contact
mber (212) 767-8409/10. Please let us know if you have any suggestions on how we can better serve
already know, we will provide you with a crime prevention survey of your residence or business. Please
mation on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY - PROFESSIONALISM - RESPECT**
**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!** + throwing chair

O file 11/25/13      Incident 11/24/2013

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER:  464284

THE PEOPLE OF THE STATE OF NEW  YORK
                        VS

WOO,LYNA
Defendant

05/04/1970
Date of Birth

241 E 46 ST
Address

NYSID Number

NEW YORK                NY  10017
City             State  Zip

Date of Arrest/Issue

Docket Number: 2007SB002261

Summons No:  4152074711

240.20
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 12/15/2009 | DISMISSED | MELLA,R | OTH COUNTY |

&E CERTIFICATION

;OVERNMENT AGENCY    _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

GREGG,J
COURT OFFICIAL SIGNATURE AND SEAL

12/04/2013
DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



Docket Number
2013MO66745

Criminal Court of The City of New York

Bring this notice with you whenever you appear in court

You are to appear in court on 1-31-14 at [ ] A.M. at Part 105
located at 125-01 Queens Boulevard, Kew Gardens, N 11415.

If you are released and you fail to appear at the time, date, and place indicated above:
–A Warrant for your Arrest will be issued and bail may be set on your return.

INS. FUND [ ] 0

CASH BAIL [ ]

If you are released on bail and you fail to appear:
–A Warrant for your Arrest will be issued
–Your Bail will be forfeited
–You may be charged with the crime "Bail Jumping".

If you are committed:
–You have the right to communicate with relatives or friends by letter or telephone free of charge
–You have the right to the aid of counsel at every stage of the proceedings.

You must pay a fine of $ _____ If you are unable to pay this fine on the above date, you must appear in person and you will be permitted to make an application for additional time to pay.
IF YOU DO NOT APPEAR AS DIRECTED, A WARRANT FOR YOUR ARREST MAY BE ISSUED

2007SB002261

Brooklyn

APAR 6

12-14-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Lyna Woo_

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

13 Civ. _8695_ ( _UA_ )

**AMENDED
COMPLAINT**

-against-

_Jeananne Martinez Louis_
_Detective Vincent Gannon,_
_New York City Police Department_

Jury Trial: ☑ Yes   ☐ No
(check one)

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 1|14|2014
```

I.   Parties in this complaint:

A.   List your name, address and telephone number.  If you are presently in custody, include your
     identification number and the name and address of your current place of confinement.  Do the same
     for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name    _Lyna Woo._
           Street Address   _64-21. Bayside. Queen NY_
           County, City    _New York,   New York City_
           State & Zip Code   _N.Y.    11364_
           Telephone Number   _347  490 - 6430._

B.   List all defendants.  You should state the full name of the defendant, even if that defendant is a
     government agency, an organization, a corporation, or an individual.  Include the address where
     each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
     contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 12/2009*

**Defendant No. 1**

Name _Jeanonne Martinez Lewis_
Street Address _64-25-  224 Street_
County, City _bayside, Queens  11364_
State & Zip Code _New York,       11364_
Telephone Number _____

**Defendant No. 2**

Name _Detective Vincent Gannon_
Street Address _45-06-  215 Street Bayside_
County, City _Queens  New York_
State & Zip Code _New York     11364_
Telephone Number _____

**Defendant No. 3**

Name _New York City Police Department_
Street Address _45-06  215 Street_
County, City _Bayside Queen   11364_
State & Zip Code _New York,   11364_
Telephone Number _718 - 279-5200_

**Defendant No. 4**

Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

**II.     Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28
U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions                    ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
is at issue? _MY Consititution Rights,_
_false Arrested charges Are false._
_New York Police Department did not Arrest her._
_November 22, 2012. for Harrass me my complaint_

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _United States of America_
Defendant(s) state(s) of citizenship _United States of America_
_United States of America._

*Rev. 12/2009*                                  2

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? My Place and

Boyfriend Jeff wco ① occurent was 11/22/12 Complaint 3475
Recent Complaint 11/14/2013 03856 complaint number ③ rd occurent

B.   What date and approximate time did the events giving rise to your claim(s) occur? 3910

The time 7:30~8pm which Jeananne 11/24/13
Constanly Show up when I was coming over all
the time Sundays – Thursday Fridays sometime. She

C.   Facts: where I reside part-time 64-21 finally
204 St Bayside Queen. On the 11/14/2013. arrested
We pull up to the side to take grocery boyfriend
and then I waited in the car she pull Complaint
up. Standing and watching US I said to Pickup
Jeffrey wco boyfriend let hurry Woman neighbor. A chair
is there staring mean. She said He my Lover. Attemp
I said Jeff what is talking about He Assault
Said She taunting You. Let get to park
the car. I file Complaint on her. 03856.
Then finally spoke to Detective Gannon,
Contact me about my complaint I told him to
Speak my boyfriend Jeff and then the Detective
Call to come to Police Station I said meet me
at our Place. You can speak to me and my boyfriend
together We made arrangment Dec 2 2013 at 6:30 pm Detecti
the Detective Arrest me and said I have Warren

## IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I went emergency January
2014 because I miss my Appoint with my
Internal medicine doctor an
I Suffering anxious of reputation and being
Bully to Be by the neighbor to not
Come around to my boyfriend my Place Family Member. I
was not Respect from Detective Gannon who treated
me like a criminal and lying to hide the truth by
FRAM me. and neighbor Jeananne New York Department
for being I Don't Matter or my complaints
— Also Detective teck is his partner. → In back Nothing got done
more Details

# Failed to Do.
## ~~American Citizen.~~

I was not read my rights and was
Kept there Suffering trying to go to bathroom
and NO phone called Detective Gannann.
Vincient Did NOT let me use the phone
Police station. I told I need to contact
my mother, and ~~thy~~ friend to notified
someone to set me out. The Detective
Kept asking Personel Guestion How much
money I have bank my social Security
and saying rude comments to me. He
~~br~~ put down in Down Stair Jail cell then
brought back up, Horrible strip Search.
and ask why am I in here. He said a
warrant. I finally saw The Judge Gloria.
and she said Summons 200758C02261 you have
2 court day 9am take care of It. December
4, 2014. I left 2Am morning out of court and went
there with my mother and Redhook vistation
place Brooklyn Court. Your Not to Appear Your name is
not on any Sheets Clerk office told them about
Summons Disorderly conduct Dismiss December 15, 2009.
Why are you here its been Dismiss a long time
~~ago.~~ Lied. I did not have to Appear at all.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I seek 100.000 thousand in being destroyed in my private life me and my boyfriend break us up and Tyanannel bully me to not come around taunting me to fight her. I don't know who she is to our life I was ever formerly introduce to her. New York police Department and constantly giving me false background to ruin my reputation I don't like any of them asking me out or giving me false warrant to haunt me. my family scared and crying my mother. Suffering for the lies to si Mock me for the laughter. F

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of January, 20 14

Signature of Plaintiff    _Tyna Woes_

Mailing Address    64-21-  Bayside  224st

Queens NY   11364

Telephone Number    347  490  6430

Fax Number (if you have one) _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____

*Rev. 12/2009*                                4

# 13 CV 8695

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lyna WOO

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Detective. Vihart
Gonna & Jeanette
Martinez Louis

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

RECEIVED
DEC – 5 2013
PRO SE OFFICE

_____ Civ. _____

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, __Lyna WOO__ *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    __None__

    __None__

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

    __None__

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    __Jeffrey acc 7800__     as a Gift.

    a) Are you receiving any public benefits?   ☐ No.   ☑ Yes, $ __O__

    b) Do you receive any income from any other source?   ☐ No.   ☑ Yes, $ __saving__

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☐ No.   ☑ Yes, $ _200.00_ Checking
                        _40._ Saving

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☐ No.   ☑ Yes, $ _$1535_

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.   ☑ Yes, _1_

7. List the person(s) that you pay money to support and the amount you pay each month $150.00
   _100.00 Some times $150.00_
   _month Bills & Food_

8. State any special financial circumstances which the Court should consider.
   _I been false arrested 2nd_
   _pain suffering 2nd Family worried_
   _why this is being done Threating me_
   _neiobor. Scaring me!_

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _5_ day of _December 2013_.
        date            month      year

_Lyn Wace_
Signature

Rev. 05/2010                         2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007

Lyne Woo

Case # 13CIV8695 UA)

against

NYPD
Dectative Vinciat Gonnz
Jeananne Martinez Louis

Document: Letters witness.
of lies.

I'm summitting more documents
and letters. Truth of what happen
November 22, 2013, or at any time.
s I'm asking Pain + Suffering
on my self and family.

RECEIVE
DEC 13 2013
PRO SE OFFICE

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, N.Y. 10007

DEC 11 2013
PRO SE OFFICE
CIV

Lyna Wou

against

NYPD
Dective Gonrz, III President
Jeanne Martinez Lovis

Case # 13 CIV 8695 (A)

Document: LeHeR. Abo
Dismissed. papers
sworn B affavite

I was taken away from my
Place and boyfriend. Dective Vincint
Gonnz told me and my boyfriend Jeff
they have Warrant. 2007SB0021
I was in Jail 27 hours suffering
cold and anxious about my love ones
family didnot Know I was there
until I tope. my boyfriend communic
e with them. I was Scared
Frishtend and I thought with
the Complaint number last year
and this year plus boyfriend her
Pick up chair to hurt him they
would take care of us give us Order
Profection. Threats to bring Bronx Posse
I come the Sunday Nov.17, 2013 I didnot come
that sunday they Threatine me

Hi File Report instead