UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 3 2015
```

Lyna Woo,

　　　　　　　Plaintiff,

　　　–v–

New York Police Dep't, *et al.*,

　　　　　　　Defendants.

13-CV-8695 (AJN)
(GWG)

ORDER ADOPTING
REPORT AND
RECOMMENDATION

ALISON J. NATHAN, District Judge:

Before the Court is Magistrate Gorenstein's Report and Recommendation ("Report" or

"R&R") dated October 27, 2014, Dkt. No. 30.  Judge Gorenstein recommends dismissing

Plaintiff's Complaint without prejudice for failure to prosecute this action.  The Court presumes

familiarity with the factual and procedural background of this case as set forth in Judge

Gorenstein's Report.

District courts may designate magistrate judges to hear and determine certain dispositive

motions and to submit proposed findings of fact and a recommendation as to those motions.  28

U.S.C. § 636(b)(1).  Any party wishing to object to a magistrate judge's report and

recommendation must do so within fourteen days after being served with a copy of the report and

recommendation.  *Id.*  If a party submits a timely objection to a report and recommendation, the

district court reviews *de novo* those portions to which the party objected.  *Id.*; *see also Norman v.

Astrue*, 912 F. Supp. 2d 33, 39 (S.D.N.Y. 2012).  Otherwise, "[w]here no 'specific written

objection' is made, the district court may adopt those portions 'as long as the factual and legal

basis supporting the findings and conclusions set forth . . . are not clearly erroneous or contrary

to law.'"  *Norman*, 912 F. Supp. 2d at 39 (quoting *Eisenberg v. New England Motor Freight,*

*Inc.*, 564 F. Supp. 2d 224, 226-27 (S.D.N.Y. 2008)).  Because neither party filed an objection to Judge Gorenstein's Report here, the Court reviews his entire Report for clear error.

Upon review of Judge Gorenstein's thorough and well-reasoned Report, this Court finds no clear error.  Therefore, Judge Gorenstein's Report is adopted in its entirety as the opinion of the Court.  *See, e.g., Beller v. Astrue*, No. 12 CV 5112 (VB), 2013 U.S. Dist. LEXIS 79541, at *2-3 (S.D.N.Y. June 5, 2013).  As stated in Judge Gorenstein's Report, Plaintiff's Complaint is dismissed without prejudice for failure to prosecute.

The Clerk of Court is directed to enter judgment and close this case.  The Court also finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.

SO ORDERED.

Dated:  _____, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

2